UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | ED CV18-02136 JAK (KKx) | Date | October 19, 2020 |
| Title | Carlos Castellon v. Penn-Ridge Transportation, Inc. et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Valencia Vallery | Lisa Gonzalez |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Jason T. Hatcher<br>Robert M. Kitson | Angela S. Cash<br>Christopher John Taylor |

**Proceedings:** MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT (DKT. 72); AND

MOTION FOR ATTORNEY FEES, REPRESENTATIVE ENHANCEMENTS, AND COST REIMBURSEMENT (DKT. 73)

The motion hearing is held telephonically. Counsel, the Court, and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited. Counsel confirm that they received a copy of the Court's tentative order in advance of the hearing, and have no objections to it. However, counsel seek the Court's view on the appropriate payment to two class members -- Oscar Soriano and Keith Walker -- whose shifts credited by the Special Master exceed those within the class period. The Court asks counsel whether the parties believe notice to Soriano and Walker would be required if the Court issued an order that reduced the payments in accordance with the shifts worked during the class period. Counsel state their position that no notice to Soriano and Walker would be necessary because all class members were previously notified of Defendants' challenge to their claimed shifts and were provided an opportunity to respond. Counsel represented that, to the best of their knowledge, neither class member responded to Defendants' challenge to their claimed shifts. At the request of the Court, counsel will confirm this by reviewing the underlying records of responses by Class members. Counsel also request that the final order incorporate certain language from two of the parties' other proposed orders, one of which would issue after the settlement is funded. The Court approves those requests.

On or before October 26, 2020, the parties shall file the following: (i) a declaration confirming that neither Soriano nor Walker responded to Defendant's challenge to their claimed shifts; (ii) a redline of the tentative order with the proposed changes discussed during the hearing, including the incorporation of certain language from at least one of the two proposed orders discussed at the hearing as well as any other modifications or additions that the parties propose as necessary, (iii) a revised version of the proposed order lodged as Dkt. 72-32, and (iv) a cover memorandum that states the reasons for the proposed changes to the tentative order dand the revised version of the proposed order lodged as Dkt. 72-32. In light of these new issues, and the effect that they will have on the completion of a final order and the timing of its issuance, Counsel agree to submit a stipulation continuing briefly the deadline that

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV18-02136 JAK (KKx) | Date | October 19, 2020 |
| Title | Carlos Castellon v. Penn-Ridge Transportation, Inc. et al. | | |

was entered in response to their "Joint Request to Chief Judge to Establish Intended Decision Date . . ." (Dkt. 77) for the issuance of a final order on the motions.

The Motions are taken **UNDER SUBMISSION**.

**IT IS SO ORDERED.**

                                                                                                                              : 57

Initials of Preparer   vrv