| | |
|---|---|
| David P. Myers (State Bar No. 206137)<br>dmyers@myerslawgroup.com<br>Robert M. Kitson (State Bar No. 214091)<br>rkitson@myerslawgroup.com<br>Jason Hatcher (SBN 285481)<br>jhatcher@myerslawgroup.com<br>**THE MYERS LAW GROUP, A.P.C.**<br>9327 Fairway View Place, Suite 100<br>Rancho Cucamonga, CA 91730<br>Telephone: (909) 919-2027<br>Facsimile: (888) 375-2102<br><br>Attorneys for Plaintiffs Carlos Castellon, Alejandro Avila, Juan Gabriel Acosta, and the Class | MORGAN, LEWIS & BOCKIUS LLP<br>Barbara J. Miller (SBN 167223)<br>barbara.miller@morganlewis.com<br>Christopher J. Taylor (SBN 292369)<br>christopher.taylor@morganlewis.com<br>600 Anton Blvd., Suite 1800<br>Costa Mesa, CA 92626<br>Tel: 714.830.0600<br>Fax: 714.830.0700<br><br>Attorneys for Defendants Best Buy Co., Inc.; Best Buy Enterprise Services, Inc.; Best Buy Purchasing LLC; Best Buy Warehousing Logistics, Inc.; Best Buy Stores, L.P.; and Pacific Sales Kitchen and Bath Centers, LLC |

*Additional counsel listed on subsequent pages*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS CASTELLON, ALEJANDRO AVILA, JUAN GABRIEL ACOSTA, on behalf of themselves and all others similarly situated<br><br>PLAINTIFFS,<br><br>vs.<br><br>PENN-RIDGE TRANSPORTATION, INC., a Michigan Corporation; PATRICK L. MCCLUSKEY, an individual; JILL REMICK, an individual; DONALD STANISZEWSKI, an individual; KATHLEEN M. BRUCE, an individual; FOX RIVER ACCOUNTING SERVICES, LLC; a Michigan Limited Liability Company; CONTROL TRANSPORTATION SERVICES, INC., a Michigan Limited Liability Company; BEST BUY CO., INC., a Minnesota Corporation; BEST BUY ENTERPRISE SERVICES, INC., a Minnesota Corporation; BEST BUY PURCHASING, LLC; BEST BUY WAREHOUSING | Case No. 5:18-cv-02136-JAK-KK<br><br>Hon. John A. Kronstadt<br><br>CLASS ACTION<br><br>**STIPULATION TO EXTEND DECISION DATE PURSUANT TO PARTIES' JOINT REQUEST FOR DECISION ON PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR ATTORNEY FEES [DKTS 76-78]**<br><br><br>**Courtroom: 10B** |

1

LOGISTICS, INC., a Minnesota Corporation; BEST BUY STORES, L.P.; a Virginia Limited Liability Partnership; PACIFIC SALES KITCHEN AND BATH CENTERS, LLC, a Minnesota Limited Liability Company; and DOES 9 through 10, inclusive

DEFENDANTS

PENN RIDGE TRANSPORTATION, INC., a Michigan corporation,

Defendant and Cross-Complainant,

v.

XOCHITL I. PAZOS, an individual doing business as JIREH LOGISTICS; and ROES 1 through 20, inclusive,

Cross-Defendant.

Christopher C. McNatt, Jr. (SBN 174559)
cmcnatt@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560
Pasadena, California 91101
Tel: 626-795-4700
Fax: 626-795-4790

James H. Hanson (*Pro Hac Vice*)
jhanson@scopelitis.com
Angela S. Cash (*Pro Hac Vice*)
acash@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
Tel: 317-637-1777
Fax: 317-687-2414

Attorneys for Defendants, Penn Ridge Transportation, Inc., Patrick L. McCluskey, Jill Remick, Donald Staniszewski, Kathleen M. Bruce, Control Transportation Services, Inc., and Fox River Accounting Services, LLC

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

WHEREAS on August 21, 2020, Plaintiffs Carlos Castellon, Alejandro Avila, and Juan Gabriel Acosta; Defendants, Penn Ridge Transportation, Inc., Patrick L. McCluskey, Jill Remick, Donald Staniszewski, Kathleen M. Bruce, Control Transportation Services, Inc., and Fox River Accounting Services, LLC; and Defendants Best Buy Co., Inc.; Best Buy Enterprise Services, Inc.; Best Buy Purchasing LLC; Best Buy Warehousing Logistics, Inc.; Best Buy Stores, L.P.; and Pacific Sales Kitchen and Bath Centers, LLC, filed their Local Rule 83-9.2 Joint Request for Decision on Plaintiffs' Motion for Final Approval of Class Action Settlement and Motion for Attorney Fees, Representative Enhancement and Cost Reimbursement [Dkt. 76];

WHEREAS on September 28, 2020, the Parties filed their Local Rule 83-9.4 Joint Request to Chief Judge to Establish Intended Decision Date for Plaintiffs' Motion for Final Approval of Class Action Settlement and Motion for Attorney Fees, Representative Enhancement and Cost Reimbursement [Dkt. 77];

WHEREAS on September 29, 2020, the Court issued its Order re: Pending Motions [Dkt. 78] and established a decision date of November 2, 2020 to issue a ruling on the pending Motion for Final Approval of Class Action Settlement [Dkt. 72] and Motion for Attorney Fees, Representative Enhancement and Cost Reimbursement [Dkt. 73];

WHEREAS, on October 19, 2020, the Court conducted a hearing on Plaintiffs' Motion for Final Approval of Class Action Settlement and Motion for Attorney Fees, Representative Enhancement and Cost Reimbursement; and

WHEREAS, as a result of the hearing, additional matters to be addressed on the pending motions were identified and the Parties are to submit additional documents in support of the pending motions by October 26, 2020 [Dkt. 83].

IT IS THEREFORE STIPULATED as follows:

1.  The Decision date for the Court to issue its orders on Plaintiffs' Motion for Final Approval of Class Action Settlement [Dkt. 72] and Plaintiffs' Motion for Attorney

Fees, Representative Enhancement and Cost Reimbursement [Dkt. 73] is extended until November 9, 2020.

Dated: October 26, 2020          Respectfully Submitted,

                                                **THE MYERS LAW GROUP, A.P.C.**

                                                By: /s/ *Jason Hatcher*
                                                       David P. Myers, Esq.
                                                       Robert M. Kitson, Esq.
                                                       Jason Hatcher, Esq.
                                                       Attorneys for Plaintiffs Carlos Castellon, Alejandro Avila, Juan Gabriel Acosta and the Class

Dated: October 26, 2020          **MORGAN, LEWIS & BOCKIUS LLP**

                                                By: /s/ *Christopher J. Taylor*
                                                       Barbara J. Miller
                                                       Christopher J. Taylor
                                                       Attorneys for Defendants Best Buy Co., Inc.; Best Buy Enterprise Services, Inc.; Best Buy Purchasing LLC; Best Buy Warehousing Logistics, Inc.; Best Buy Stores, L.P.; and Pacific Sales Kitchen and Bath Centers, LLC

Dated: October 26, 2020          **SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.**

                                                By: /s/ *Angela S. Cash*
                                                       Angela S. Cash
                                                       Attorney for Defendants, Penn Ridge Transportation, Inc., Patrick L. McCluskey, Jill Remick, Donald Staniszewski, Kathleen M. Bruce, Control Transportation Services, Inc., and Fox River Accounting Services, LLC

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                                               /s/ *Angela S. Cash*
                                                               Angela S. Cash