JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CASTELLON, ALEJANDRO AVILA, JUAN GABRIEL ACOSTA, on behalf of themselves and all others similarly situated<br><br>PLAINTIFFS,<br><br>vs.<br><br>PENN-RIDGE TRANSPORTATION, INC., et al.<br><br>DEFENDANTS | No. 5:18-cv-02136-JAK (KKx)<br><br>**SUPPLEMENTAL FINAL APPROVAL ORDER AND JUDGMENT** |
| PENN RIDGE TRANSPORTATION, INC.,<br><br>Defendant and Cross-Complainant,<br><br>v.<br><br>XOCHITL I. PAZOS, an individual doing business as JIREH LOGISTICS; and DOES 1 through 20, inclusive,<br><br>Cross-Defendant. | |

The Parties have reached a settlement to resolve this action, and the settlement has been finally approved. Plaintiffs have filed notice that the Settlement Administrator has received the Settlement Funds. Therefore, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

1. The Order granting Plaintiffs' Motion for Final Approval of Class Action Settlement and Motion for Attorney Fees, Costs, and Class Representative Incentive Awards (the "Final Approval Order") is affirmed, final and effective.

2. Without affecting the finality of this Supplemental Final Approval order and Judgement, the Court retains jurisdiction over (i) implementation of the Settlement Agreement and the terms of the Settlement Agreement; (ii) distribution of the Settlement Funds to be paid pursuant to the Settlement Agreement and Final Approval Order for the Class Counsel Fees Payment, the Class Counsel Litigation Costs/Expenses Payment, the Administrative Expenses Payment, the PAGA Payment, the Incentive Fees Payment, and the total amount of the Settlement Class Members Final Payments; and (iii) all other proceedings related to the implementation, interpretation, validity, administration, consummation, and enforcement of the terms of the Settlement Agreement.

3. The Parties are hereby ordered to comply with the terms of the Settlement Agreement, the Final Approval Order and this Supplemental Final Approval Order and Judgment.

4. The Settlement Administrator shall execute a Declaration of Disbursement no later than 35 calendar days after the date of the issuance of this Supplemental Final Approval Order and Judgment, which shall be filed by Class Counsel no later than 49 calendar days after the date of the issuance of this Supplemental Final Approval Order and Judgment.

5. The Court finds there is no just reason for delay and directs the Clerk of Court to enter judgment pursuant to Fed. R. Civ. P. 54 consistent with the Final Approval Order.

1 **IT IS SO ORDERED, ADJUDGED AND DECREED**.

Dated: November 16, 2020

_____
John A. Kronstadt
United States District Judge